UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-20281-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OCTAVIOUS ANDREWS,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon the Government's Motion for Revocation of Magistrate Judge's Order of Bond (the "Government's Motion") and Defendant's Response in Opposition. (D.E. Nos. 14 & 18). The Court held a hearing on the Government's Motion on June 10, 2013. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

The Government's Motion for Revocation of Magistrate Judge's Order of Bond (D.E. No. 14) is **DENIED**. The Magistrate Judge's Order of Bond is **AFFIRMED**. The bond and conditions of release set by Magistrate Judge Simonton remain in effect.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 day of June, 2013.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record