UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20281-CR-MARTINEZ/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OCTAVIOUS ANDREWS,

    Defendant.
_____/

## REPORT AND RECOMMENDATION
## ON DEFENDANT'S MOTION TO SUPPRESS

On July 10, 2013, the Court held an evidentiary hearing on the Defendant's Motion to Suppress Statements and Physical Evidence. [DE 22].[1] The motion concerns the events of February 16, 2013, when Miami Dade Police Department officers arrested the Defendant and searched, without a warrant, his girlfriend's residence, where the Defendant was located. In the motion, the Defendant contends that the warrantless search of the residence, and his uncounseled statements to law enforcement officers, were unconstitutional, and he asks that the weapons seized in that search, and his admissions, be excluded from evidence.

Five witnesses testified for the government: Miami Dade Police Department Officers Raymond Haar, Tracy Ochipa, Germain Brown and Scott Ogden, and Alcohol Tobacco and

---

[1] The government filed a response to the motion [DE 27], and at the conclusion of the hearing both parties filed notices of supplemental authority [DE 31, 32]. The Honorable Jose E. Martinez referred the motion to me for report and recommendation. [DE 23].

Firearms Special Agent Lazaro Gomila.

At the conclusion of the hearing, in open court, I made findings of fact and conclusions of law, and thus entered on the record my report and recommendation. For the reasons stated on the record, which are incorporated herein, I respectfully RECOMMEND that the Defendant's Motion to Suppress Statements and Physical Evidence [DE 22], be **DENIED**.

The parties may file written objections to this Report and Recommendation with the Honorable Jose E. Martinez **no later than August 16, 2013.** By that same deadline, the parties shall ensure that a transcript of the July 10th proceedings is filed with this Court. Failure to timely file objections shall bar the parties from attacking on appeal any factual findings contained herein. *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988).

RESPECTFULLY RECOMMENDED chambers in Miami, Florida this 11th day of July, 2013.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable Jose E. Martinez
All counsel of record