UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20281-CR-MARTINEZ/MCALILEY

UNITED STATES OF AMERICA

    Plaintiff,

vs.

OCTAVIOUS ANDREWS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct an evidentiary hearing on Defendant's Motion to Suppress Statements and Physical Evidence **(D.E.#22).** The matter was referred to Magistrate Judge Chris McAliley, on June 12, 2013. A Report and Recommendation was filed on July 11, 2013, (D.E.#35), recommending that the Defendant's Motion to Suppress Statements and Physical Evidence be denied. Counsel for the Defendant filed objections to the Report and Recommendation. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Chris McAliley, is hereby **Adopted and Approved** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of August, 2013.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied:
Hon. Magistrate McAliley
All Counsel Of Record